UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURIE L. ERWIN,

       Plaintiff,

                                          Case No. 5:05-cv-12

v.

                                          Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
                               /

JUDGMENT APPROVING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On January 23, 2006, United States Magistrate Judge Hugh W. Brenneman, Jr., issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be affirmed in this matter. No objections were filed to the R & R.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R.

Therefore, the court hereby approves and adopts the R & R as the decision of the court. The final decision of the Commissioner of Social Security is AFFIRMED. Plaintiff's claim for Disability Insurance Benefits is denied.

Dated: February 27 , 2006                                      /s/ Wendell A. Miles
                                                                       Wendell A. Miles
                                                                       Senior U.S. District Judge